Mr. Stephen Parker #18212-032
F.C.C. Yazoo City USP
P.O. Box 5000
Yazoo City, Ms. 39194

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court St., Ste 2.500
Jackson, Ms. 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 07 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

3:23-CV-240-DPJ-FKB

April 5, 2023

Dear Clerk of Court:

I am writing in concerns of requesting the courts help with protecting the rights as a prisoner I cling to under the care of a corrupt administration. I understand that an inmate is required to exhaust their administrative remedies according to the PLRA 42 U.S.C.A. 1997e(a), regarding conditions of the prison. Especially before pursuing a federal lawsuit. Unfortunately the administrative remedy program here is not honored when an inmate claim involves staff misconduct or the administration above the law, policies, rules, and regulations mentalities and actions. Wherefore it is difficult to get the forms and majority of the forms are not processed to keep their behavior and breaches insulated from their boss or other authority figures with integrity. I unsuccessfully filed forms for numerous violations of staff and even tried to write a form called a BP-10 to the region, where you suppose to be able to skip the BP-8 and BP-9 and lable the BP-10 as sensitive if an inmate fear retaliation from the institution's employee's and the region threw me under the bus despite I informed the administrative coordinator of that possibility briefly since my arrival at Yazoo City they have been short of staff and whenever they do not show up to work the inmates are held accountable despite it's not the inmates responsibility we're faced to endure days and weeks of lockdown where inmates is deprived of religious practices, the law library, recreation, programming, showering regularly, commissary, food off the B.O.P. menu, Cares Act benefits, First Step Act Benefits, and so on and so forth. On July 15 or 16, 2022 I was transfered to the USP facility with over a hundred other inmates in see through orange papersuits nude and staff loss most of my personal property. Consisting of legal mail, pictures, my law book, grievances, and etc. mysteriously despite my name is all over it. I filed a tort about that August 2, 2022 still pending pass the government allotted time. By September 2022 sometime

The Spanish and Blacks had a racial standoff that was not addressed in the N-1 Unit I was residing in. December 31, 22 a fight between a Spanish guy and Black guy was going on, I broke up the fight but another fight began and a race riot occurred. The C.O. who was working the unit ran and called an emergency in over his radio instead of hitting his panic button. As a result of the continued breach of security this race riot went on for close to 20 minutes and when staff initially showed up it was only 3 or 4 of them who wouldn't go in the unit. They was forced to call C.O.s from the other complex facilities and from home. Inmates who got hurt did not get medical help for a couple hours. Me and a guy who got stabbed didn't make it to the hospital for 3 or and 4 hours where I dislocated my shoulder. Upon our arrival back from the hospital we were put in the hole and issued a piece of cotton to sleep on. The unit was locked down and used as a hole and every one was put on investigation. On January 29, 2023 the unit came off lockdown and S.I.S. Lofton came to interview the 4 Blacks and 7 Spanish guys he put in the hole and we would ultimately get picked to take the fall as a mass fight to cover up the race riot. They did not have enough security to ensure the safety of inmates, despite it was close to a hundred inmates involved. Also in January 2023 me and the Captain Brown had some words 'cause I said he do be lying after he ask me and he said I won't be getting out the hole. February 7, 2023 I submitted a Tort Claim to the Region surroundings the breaches of security and it's results I've endured. February 28, 2023 I recieved a incident report for fighting enclosed. March 1, 2023 a UDC was conducted where the Chairman Rogers recommended expungement because the incident and investigation report stated I broke up the fight and was not fighting. March 7, 2023 the write up was expunged. A transfer was still recommended but Grand Prairie (DSCC) denied it. At that point I should of got out the hole and my unit team recommended it but when I spoke to my case manager Rogers, he said Captain Brown said no and every time he make SHU rounds he call me out of my name and say he aint forgot. Captain Brown is false imprisoning me as an act of retaliation and discrimination. I remain in the hole for doing the right thing and because we had some words. Your help will be appreciated if you will file this letter. Respectfully,

Stephen Peaker

Additionally my cellie who've endured the same issues as well getting stabbed in the head, recieving medical treatment hours later, and was used as their escape goat of taking the fall for a mass fight oppose to a race riot. He was also wrote up as an act of retaliation and discrimination and ~~transfered~~ is pending transfer for filing a Tort Claim 02-07-23. However we still aint recieved a notice stating it was accepted for filing and this place been known to toy with mail too. I informed the Regional Director and (DSCC) Grand Prairie on 03-23-23 and 03-24-23 and I'm sending them a follow up 04-05-23.

Respectfully,
Alforingia Mathews
#35533-044
*Alforingia Mathews*