Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

*Southern* District of *Mississippi*

*Northern* Division

| | |
|---|---|
| Stephlon Bernard Peake<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>Warden D. Colbert and Captain Brown<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.  Do not include addresses here.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>SOUTHERN DISTRICT OF MISSISSIPPI<br>**FILED**<br>MAY - 8 2023<br>ARTHUR JOHNSTON<br>BY_____ DEPUTY |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _STEPHON BERNARD PEAKE_

All other names by which
you have been known: _STEPH_

ID Number _18212-032_

Current Institution _FCC YAZOO CITY USP_

Address _P.O. BOX 5000_

_YAZOO CITY_     _MS_     _39194_
City     State     Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _D. COLBERT_

Job or Title (if known) _WARDEN_

Shield Number

Employer _F.B.O.P._

Address _FCC YAZOO CITY USP P.O. BOX 5000_

_YAZOO CITY_     _MS_     _39194_
City     State     Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name _BROWN_

Job or Title (if known) _CAPTAIN_

Shield Number

Employer _F.B.O.P._

Address _FCC YAZOO CITY USP_

_YAZOO CITY_     _MS_     _39194_
City     State     Zip Code

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name
Job or Title *(if known)*
Shield Number
Employer
Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

Name
Job or Title *(if known)*
Shield Number
Employer
Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1ST AMENDMENT, MY RIGHT TO FREEDOM OF SPEECH. 5th AMENDMENT, MY RIGHT TO DUE PROCESS. 8th AMENDMENT, MY RIGHT TO BE FREE FROM CRUEL AND USUAL PUNISHMENT. AND 14 AMENDMENT

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

My claim arose at Yazoo City USP, Segregation Housing Unit from December 31, 2022, The Months of January 2023, February 2023, March 2023, April 2023, and it's May 2023 and still ongoing.

Case 3:23-cv-00240-DPJ-FKB   Document 4-1   Filed 04/26/23   Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? 12-31-22 at 8:30p.m. January 27, 2023 approx 3:30p.m., Feb. 7, 2023 approx 12a.m., Feb. 28, 2023 approx 4:20p.m., Mar. 1, 2023 approx 10:20p.m., Mar. 7, 2023 approx 7a.m., Mar 19, 2023, Mar. 23, 2023, April 4, 2023 approx 11a.m., April 5, 2023, April 11, 2023, April 13, 2023, April 18, 2023, April 20, 2023, April 24, 2023 approx 10a.m., April 25, 2023, April 26, 2023 approx 12a.m., April 28, 2023 approx 3p.m. and 11:30a.m., April 30, 2023, May 2, 2023 approx 1p.m., May 3, 2023 approx 9a.m., May 4, 2023, and still ongoing.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On December 31, 2022 at approx 8:30p.m. upon my arrival back from Yazoo City Hospital from surgery for a dislocated shoulder I recieved during a race riot, I was put in the "SHU" which stands for Special Housing Unit or Hole with a piece of cotton to sleep on under investigation despite other inmates housed in the hole had complete matts and countless of other inmates involved in the riot was locked down in the November-1 Unit where the riot occured under the same investigation. On January 27, 2023 at approx 3:30p.m. while Captain Brown was making hole rounds I ask him about inventorying my property and he ask me have I ever known him to be a liar and I told him yeah where he always lying to inmates and Captain Brown grew irate and said he aint lie about the teeth I'm missing, something about my mother, and that he gone make sure I get treated like a bit-h as long as I'm in the hole. On February 7, 2023 I mailed out a tort claim

( SEE ATTACHED D. SECTION CONTINUED CONCERNING THE FACTS UNDERLYING MY CLAIM(s). )

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I recieved a dislocated right shoulder during the race riot and was forced to recover and rehabilitate it while sleeping on a thin piece of cotton from 12-31-22 till early Feb. 2023 and I still to this day have not seen a provider. This caused me emotional distress, and just has taken a toll on my mental and physical health altogether along with the pain and suffering.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am currently being falsely imprisoned by Captain Brown and Warden D. Colbert as an act of retaliation for exercising my right to freedom of speech and to petition the government for redress of grievances or via tort claim under my 1st amendment, which in turn violated my right to be free from discrimination and right to be free from cruel and unusual punishment under the 8th amendment as well my 14 amendment. This continued imprisonment violates my right to due process as well under the 5th amendment, where under normal conditions after (DSCC) Grand Pairie deny all their transfer attempts and nothing else justifies an inmate continued hole confinement then I should be released back to the compound. However I learned of (DSCC) Grand Prairie denials March 23, 2023 the last one and I should of made the March 28, 2023 SHU release list. Wherefore I'm requesting to be awarded $1000.00 dollars for every day in the hole I've done falsely imprisoned starting from March 28, 2023 up until I'm released or transfered from the hole and I'm asking for whatever the monetary damages adds up to for the same amount to be paid in punitive damages to deter the countless other inmates who's also enduring this now and in the future from having this done to them because they don't know their rights and trust in the staff honorable handling of the process and procedures. For example: if I was released today a $1000.00 dollars from March 28, 2023 till May 4, 2023 would be a total of $37,000.00 in monetary damages and then the punitive damages would be the same for a total of $37,000.00 and grand total of $74,000.00 and that they pay filing fee.

Continued...1

D. What are the facts underlying your claim(s)?

Concerning Yazoo City Medium and the USP I was transfered to Negligent Breaches of Security, in which the Complex Captain Follis supervises but Captain Brown personally over see the USP Security. On February 28, 2023 approximately 4:20 p.m. the SHU Lieutenant Smith served me an Incident Report for allegedly Fighting another person during the December 31, 2022 Race Riot at the conclusion of the Investigation. On March 1, 2023 at approx 10:20 a.m. the November-1 Unit Case Manager Mr. Rogers Held my Unit Disciplinary Committee Hearing and Recommended that the Incident Report get Expunged because the Incident and Investigative Report stated that I was Breaking up the Initial Fight and was not Fighting despite S.I.S. Investigating Officer Lofton still wrote me up for Fighting. On March 7, 2023 approx 7 a.m. the Disciplinary Hearing Officer Expunged my Incident Report but told me that I was still Recommended for a Transfer March 19, 2023 while N-1 Unit Counselor Austin was making SHU Rounds, He told me that (DSCC) Grand Prairie Denied the Transfer but it'll be Re-Submitted and on March 23, 2023 while the N-1 Unit Case Manager Mr. Rogers was making SHU Rounds He told me that (DSCC) Grand Prairie Denied the Transfer and that He Recommended that I be Released from the SHU since it wouldn't be no reason to hold me but that Captain Brown said no with no explanation, so I explained to Mr. Rogers what transpired between me and

CONTINUED...2

D. WHAT ARE THE FACTS UNDERLYING YOUR CLAIM(S)?

CAPTAIN BROWN BECAUSE I DID NOT UNDERSTAND NO OTHER MOTIVE WHY HE WILL REFUSE TO SIGN OFF ON MY RELEASE BACK TO THE USP COMPOUND, WHEN RELEASING ME FROM THE SHU IS THE PROPER PROCEDURE, PROCESS, AND RIGHT THING TO DO BEING AS THOUGH MY INVESTIGATION WAS CLOSED, MY INCIDENT REPORT WAS EXPUNGED, (DSCC) GRAND PRAIRIE DENIED ALL THEIR TRANSFER RECOMMENDATIONS BECAUSE THEY DO NOT HAVE A VALID REASON, I DO NOT HAVE NO THREAT ASSESSMENTS ON ME, I DO NOT HAVE NO PROBLEMS WITH ANY INMATES, I DO NOT HAVE NO SEPARATIONS, I HAVE A MEDIUM SECURITY CUSTODY SCORE, NOR DO ANY OTHER CONCIEVABLE JUSTIFICATION EXIST PER POLICY 28 C.F.R 551.90. P.S-1040.03. ON MARCH 28, 2023 I DID NOT GET PUT ON THE SHU RELEASE LIST AS CAPTAIN BROWN TOLD MR. ROGERS THAT I WOULDN'T. ON APRIL 4, 2023 AT APPROX 11 A.M. N-1 UNIT CASE MANAGER MR. ROGERS WAS WORKING IN THE SHU ON OFFICER DUTY AND TOLD ME THAT I SHOULD MAKE THE SHU RELEASE LIST AT THAT TUESDAY SHU MEETING BUT AGAIN CAPTAIN BROWN REFUSED TO SIGN OFF ON MY RELEASE AND WARDEN D. COLBERT CONTINUED TO SUPPORT HIS ABUSE OF AUTHORITY AND UNLAWFUL CONDUCT. ON APRIL 5, 2023 I WROTE AND MAILED A LETTER TO THE REGION AND (DSCC) GRAND PRAIRIE CONCERNING THIS MATTER. ON APRIL 11, 2023 FORMER N-1 UNIT MANAGER MS. PROPHET TOLD ME I WAS ON THE SHU RELEASE LIST BUT CAPTAIN BROWN REFUSED TO SIGN OFF ON IT. APRIL 18, 2023 I WAS DENIED RELEASE AS WELL. APRIL 24, 2023 AT APPROX 10 A.M. I SPOKE WITH THE NEW

CONTINUED...3

D. WHAT ARE THE FACTS UNDERLYING YOUR CLAIM(S)?

ASSIGNED N-1 UNIT MANAGER Ms. STATEN WHO TOLD ME THAT CAPTAIN BROWN SAID HE WAS GONE PERSONALLY CALL (DSCC) GRAND PRAIRIE HENDERSON AND ASK HIM WHAT HE GONE DO WITH ME. April 25, 2023 CAPTAIN BROWN DENIED MY RELEASE FROM THE SHU. ON April 26, 2023 I WROTE AND MAILED (DSCC) GRAND PRAIRIE A LETTER ADDRESSED TO A HENDERSON ASKING HIM TO ASK CAPTAIN BROWN TO DO THE RIGHT THING OR TO PLEASE TRANSFER ME, AS I REALIZED THE POWER STRUGGLE BETWEEN CAPTAIN BROWN AND WARDEN D. COLBERT WANTING ME TRANSFERED FOR THEIR OWN PERSONAL REASONS AND (DSCC) GRAND PRAIRIE DENYING THEM FOR THEIR INVALID REASONS BECAUSE NONE EXIST AND THEY CAN NOT REVEAL THEIR TRUE MOTIVE OR PERSONAL ill FEELINGS TOWARD ME. April 28, 2023 I ASK SHU LT. WEBB WHAT MY STATUS WAS AND HE SAID THEY GONE RELEASE YOU BUT HE DON'T KNOW WHEN. I ALSO SPOKE WITH THE PYSCH Ms. LEWIS AT APPROX 11:30 A.M. ABOUT THIS UNFORTUNATE SITUATION AND SHE WROTE MY ISSUES DOWN AND SAID SHE'LL PASS THEM ON TO DR. DOGAN WHO PROBALY WILL TALK TO CAPTAIN BROWN OR MAY NOT. April 30, 2023 I FOLLOWED UP WITH N-1 UNIT COUNSELOR AND CASE MANAGER ROGERS ABOUT SENDING ME A COUPLE TORT CLAIMS, CERTIFIED RECIEPTS, COPIES I BEEN REQUESTING, AND ETC. TO NO AVAIL AS THEY RARELY BEEN SEEN OR PREPARED TO ASSIST THE INMATE'S IN THE SHU ON THEIR CASE LOADS. May 2, 2023 APPROX 1 P.M. N-1 UNIT COUNSELOR AUSTIN TOLD ME THAT HE WAS WORKING AS AN OFFICER AND THAT HE WAS TOO BUSY TO HELP ME. ON May 3, 2023 APPROX 8:30 A.M. I SPOKE

CONTINUED 4

D. WHAT ARE THE FACTS UNDERLYING YOUR CLAIM(S)?

WITH NEW ASSIGNED N-1 UNIT MANAGER Ms. STATEN ABOUT MY STATUS AND SHE SAID AT THE MAY 2, 2023 SHU MEETING IT WAS TALK ABOUT RELEASING ME FROM THE SHU. I THEN ASK HER TO COMPLETE THE CERTIFICATE CONCERNING MY ACCOUNT INFORMATION AND SHE TOOK THE ORIGINAL FILLED IT OUT AND SENT ME THE COPY ENCLOSED THROUGH THE MAIL. MAY 4, 2023 THEY DID A SHU RELEASE OF APPROXIMATELY 40 INMATES AND I STILL WAS NOT ON THE LIST. I HAPPEN TO SPEAK WITH N-1 COUNSELOR AUSTIN WHO WAS WORKING IN THE SHU AS AN OFFICER AGAIN AND HE SAID THEY SAID THEY GONE HOLD A MEETING ON ME MAY 9, 2023 AND THIS BEEN THE STORY OF THEM CONTINUING TO FALSE IMPRISON ME, AND WARDEN D. COLBERT CONTINUES TO SUPPORT THIS ABUSE OF AUTHORITY AND UNLAWFUL CONDUCT AND I TRIED TO TALK TO HIM AND CAPTAIN BROWN AS RECENT AS MAY 1, 2023 CONCERNING MY STATUS AND CAPTAIN BROWN WALKED PASS CELL 248 ON THE C-2 RANGE I WAS MOVED TO AND WARDEN D. COLBERT WALKED OFF ON ME WHEN I TOLD HIM THAT I WAS BEING PUNISHED FOR BREAKING UP A FIGHT. ALFORINGIA MATTHEWS #35533-044 WAS MY FIRST CELL MATE ON THE C-1 RANGE WHO WAS INVOLVED IN THE RACE RIOT AS WELL AND RECIEVED A STAB WOUND TO THE HEAD, IN WHICH WE WERE TREATED AT THE SAME HOSPITAL, HE RECIEVED A PIECE OF MOLDED COTTON TO SLEEP ON, WROTE A TORT CLAIM ON THEIR NEGLIGENT BREACHES OF SECURITY, AND WAS TRANSFERED APRIL 10, 2023 TO FCI GILMER MEDIUM BUT HE INVOLVED AND SAW WHAT HAPPENED UP UNTIL THEN. MARICKUS DAVIDSON #16926-042 WAS MY 2ND CELLMATE ON THE C-2 RANGE WHO CAN WITNESS EVERY-THING FROM APRIL 12, 2023 UP UNTIL NOW. WARDEN D. COLBERT HAS BEEN I

Continued...5

D. What are the facts underlying your claim(s)?

False imprisoning him for close to 6 months and he have a tort claim pending on Warden D. Colbert abuse of authority and misconduct. N-1 Unit Case Manager Mr. Rogers know whats going on, N-1 Unit Counselor Mr. Austin. I also spoke with the Complex Captain Mr. Follis May 3, 2023 approx 9a.m. and he said actually none of us don't want you here no more, so he's aware even though this was my first time seeing him. Corda Phillips #36567.001 was involved in the riot and put under investigation in the SHU along with us and can witness everything from 12-31-22 till 03-23-23 on the C-1 Range. Former SHU Lt. Smith witnessed me and Captain Brown exchange of words January 27, 2023 at approx 3:30p.m. and everything from 12-31-22 till April 1, 2023. S.I.S Lofton investigated the race riot of 12-31-22 up until 02-28-23 where he recommended the initial transfer and wrote the incident and investigative report. Its also camera footage. Can I please have a jury trail if they don't settle?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Yazoo City USP

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

*MEANING ABOUT SOME OF THE FACTS SURROUNDING THE*

☑ No *NEGLIGENT BREACHES OF SECURITY.*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.  If you did file a grievance: *REGARDLESS THE ADMINISTRATIVE REMEDIES DONT EXIST AGAINST STAFF OR PRISON CONDITIONS.*

1.  Where did you file the grievance?

*N/A*

2.  What did you claim in your grievance?

*N/A*

3.  What was the result, if any?

*N/A*

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*N/A*

Case 3:23-cv-00240-DPJ-FKB   Document 4-1   Filed 04/26/23   Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.       If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _INMATES HERE HAVE TO GO SPECIFICALLY THROUGH YOUR UNIT TEAM MEMBERS PREFERABLY AND REFERABLY YOUR UNIT COUNSELOR OR CASE MANAGER WHO NORMALLY TURN YOU TO THE COUNSELOR WHO IS RARELY SEEN AND WHENEVER A INMATE CATCHES UP WITH THEM IN THE HOLE ESPECIALLY MY COUNSELOR NEVER MAKE HIS HOLE ROUNDS WITH ADMINISTRATIVE REMEDY FORMS, IN WHICH HE NEVER PROCESSED NONE OF THE BP-8'S OR 9'S I WROTE IN SEPTEMBER 2022. STAFF HERE ABUSE THE PLRA PROCESS TO KEEP THEIR CORRUPTIVE BEHAVIOR INSULATED AND THE REGION WILL SAY A INMATE IS SKIPPING THE PROCESS IN A REJECTION NOTICE IF YOU TRY FILING OUTSIDE THE INSTITUTION AND THEY MAY NEVER RESPOND. OVERALL ITS NOT HONORED.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: _I INFORMED COUNSELOR AUSTIN, THE REGIONS ADMINISTRATIVE COORDINATOR, REGIONAL DIRECTOR, SERO, CENTRAL OFFICE, GRAND PRAIRIE (DSCC)

G.       Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. FURTHERMORE I'M BEING RETALIATED AGAINST FOR FILING A TORT CLAIM AS OF NOW, WHERE THEIR ATTEMPTING HIDE ISSUES THAT CAN JEOPARDIZE THEIR JOBS, PROMOTIONS, OR EVEN THEIR PAYCHECKS,

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____ N/A _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.    Docket or index number

_____ N/A _____

4.    Name of Judge assigned to your case

_____ N/A _____

5.    Approximate date of filing lawsuit

_____ N/A _____

6.    Is the case still pending?

☐ Yes          N/A

☐ No

If no, give the approximate date of disposition.    ____ N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)        _Me_

Defendant(s)    _United States_

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_United States District of South Carolina_

3.    Docket or index number

_1:20-cv-01450-CMC-SVH_

4.    Name of Judge assigned to your case

_Magistrate Judge Shiva V. Hodges_

5.    Approximate date of filing lawsuit

_May or June 2020_

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    _August or September 2020_

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_The initial case was dismissed and then I appealed._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _05 - 04 - 2023_

Signature of Plaintiff    _Stephon Peake_

Printed Name of Plaintiff    _Stephon Peake_

Prison Identification #    _18212-032_

Prison Address    _FCC Yazoo City USP P.O. Box 5000_

_Yazoo City_          _Ms._      _39194_
City              State      Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

          City              State      Zip Code

Telephone Number    _____

E-mail Address    _____