United States District Court
For The Southern District of
Mississippi

Stephon Peake,
Petitioner, Plaintiff,

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 6 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

V.                                    Case No.

Warden D. Colbert,
Captain L. Brown,
Respondents, Defendants.

Amended Civil Complaint

Comes now Petitioner, Stephon Peake proceeding pro se and humbly before this Honorable Court in this request to amend his Civil Complaint.

The last Court Order Peake recieved from the Court ordered him to fill out the enclosed forms on rather he wanted to proceed or dismiss Civil Complaint on Warden D. Colbert and Captain Brown.

Peake filled out the forms requesting to continue and sent them back in a timely manner.

In regards to Peake's claim of being false imprisoned by Captain Brown and Warden D. Colbert as an act of retaliation and a violation of Peake 8th Amendment. Peake requested the court to reward him monetary damages of $2000.00 dollars for every unjustified day he spent in the Special Housing Unit as well as punitive damages in sum.

For the record Peake want the Court

To know that he was finally released back to General Population July 6, 2023.

Upon Peake Special Housing Unit release Captain Brown threatened to send him as far away from home as he can and since Peake has found it ironic that the Unit he was assigned to thereafter would always be searched and locked down for about anything by Warden D. Colbert, Captain Brown, and Administration. Captain Brown would also show up at Peake's Kitchen Job and order him to do jobs outside his job assignment.

Then on October 24, 2023 at approximately 9:30 A.M. while Peake was awaiting to be released from the Holding Cage in the Lieutenants Office for suspectingly being High on something, in which no test was conducted. Captain Brown told Peake that he was going to the Special Housing Unit and that Peake will be transfered this time even if he has to lie on Peake. In response Peake stated that he will be informing the Court's and Captain Brown hit the side of the Cage with a closed Hammer Fist. Peake began cursing Captain Brown with his face pressed up against the Cage and Captain Brown hit the Cage with another Hammer Fist where Peake mouth was located causing the Cage to hit Peake in the mouth busting the inside of his lip and knocking spittal from Peake mouth. Peake Medical Assessment

2

PROVES THIS FOR THE RECORD.

CAPTAIN BROWN THEN ORDERED C.O. RUSH AND C.O. McDIAL TO CLEAR OUT THE OTHER TWO INMATES WHO WAS BEING HELD IN CAGES NEXT TO PEAKE OUT OF THE OFFICE AND ASK PEAKE DID HE KNOW THAT HE WAS A DEAD MAN AND THAT HE WAS GONE KILL PEAKE WHEN THEIR GONE.

JUST SO HAPPEN S.I.A. GERALDO WAS THERE AND PUSHED CAPTAIN BROWN IN HIS OFFICE TO CONFRONT CAPTAIN BROWN CRIMINAL INTENT TO DO FURTHER BODILY HARM TO PEAKE. S.I.A. GERALDO ESCORTED CAPTAIN BROWN UP FRONT AND MINUTES LATER PEAKE WAS TRANSFERED TO THEIR COMPLEX LOW-1 SPECIAL HOUSING UNIT BY FRIENDS OF CAPTAIN BROWN WHO PUT RESTRAINTS ON PEAKE AS TIGHT AS THEY COULD AND PUSHED PEAKE HEAD FIRST INTO THE VAN THEY WERE TRANSPORTING HIM IN. UPON PEAKE ARRIVAL AT THE YAZOO CITY COMPLEX'S LOW-1 FACILITY SPECIAL HOUSING UNIT. CAPTAIN BROWN STAFF FRIENDS C.O. MOORE AND C.O. WILLIAMS STRIPPED PEAKE AND THREATENED TO ASSAULT PEAKE ON BEHALF OF BROWN. FOR THE RECORD THEIR ALSO PROPERTY OFFICERS AT THE YAZOO CITY COMPLEX'S MEDIUM/USP FACILITY.

THEY THEN TOLD ALL THE C.O.S WORKING THE LOW-1 SPECIAL HOUSING UNIT THAT PEAKE ASSAULTED CAPTAIN BROWN. PEAKE WOULD LATER RECIEVE A BOGUS INCIDENT REPORT SAYING HE SPIT ON THE CAPTAIN.

3

Peake has yet to recieve his personal property from Yazoo City Complex's Medium/USP Facility despite his request for his Legal Documents and the fact policy procedures require inmates to be afforded an opportunity to inventory their personal property soon after their admitted to the Special Housing Unit and the fact prisoners can have Legal Documents.

Peake already has a TORT claim pending concerning the loss or damage to all his Legal paperwork, Medical Records, Grievances, Personal Mail, Pictures, and etc. at the Medium Facility. Peake claim been pending over a year despite he has clear evidence and the Government's 6 months to address Peake claim has expired. Knowing Peake can not raise an FTCA claim in the Court's concerning property. The Government is just ignoring Peake's request to be compensated but still has not openly denied it in response to Peake several letters to the Complex's Legal Center in Yazoo City requesting the current status. Peake now faces the same dilemma of losing his property again in the care of Yazoo City Complex's Administration and he still faces retaliation.

Peake is requesting the Court to amend this to his Civil Complaint. Thank you.

Date: November 2, 2023                 Respectfully,

4                            Stephen Peake