Southern District of Mississippi
Northern Division

Stephon Peake                                    Plaintiff

V.                              Civil Action No. 3:23-CV-240-DPJ-FKB

Warden D. Colbert                               Defendant's
and Captain L. Brown

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 20 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Amended Civil Complaint

Comes now Petitioner, Stephon Peake proceeding pro'se and humbly in this motion requesting This Honorable Court to Amend His Bivens Action Civil Complaint.

Factual Background

On December 31, 2022 Peake returned from the Hospital from surgery for a dislocated shoulder sustained during a Race Riot and was placed in the Special Housing Unit under Investigation. While being housed in the SHU some time in January 2023 Peake and Captain Brown had some words where Brown grew irate with Peake. By February 2023 S.I.S. Lofton investigation concluded that Peake broke up the initial fight but still recieved an Incident Report for Fighting. At Peake UDC Hearing case manager Rogers recommended Expungement of the Incident Report stating that Peake Incident and Investigative Report concludes that Peake was breaking up the fight and not fighting. DHO Grider agreed Expunging Peake Incident Report. A transfer was still recommended to Grand Prairie (DSCC) who denied to

Transfer Peake after several attempts that ended late in March 2023. Under normal circumstances if an inmate is not under investigation, pending an incident Report, doing Disciplinary Segregation time, pending transfer, on Quarantine, or Protective Custody he will be released back to the prison's Compound at the next SHU release which is held once or sometimes twice a week. In Peake's case he should of made the next SHU Kick out, so during the next Administrative walk which is every Tuesday Peake ask his Case Manager Rogers why he was not released and Rogers stated that he told Brown that he got to release Peake. In which Peake would go on missing SHU release after SHU release questioning different staff every chance he got only to be told that Brown and Colbert wont sign off on it. When Peake would attempt to ask Brown, he would curse Peake and keep walking. Even Telling Peake one time you think I forgot, refering to the words they had in January 2023. Then every time Peake tried to talk to Colbert, he will say that their transfering Peake despite he knew all their attempts were denied. Peake went on to file his Civil Complaint in May 2023 claiming he was being False imprisoned as an act of Retaliation by Brown for some words they had and that Colbert supported Brown conduct, which violated Peake 1st Amendment Freedom of Speech, 5th Amendment, Due Process, 8th Amendment of cruel and unusual punishment,

2

and 14th Amendment of Equal Protection. Peake also mentioned Finny v. Hutton a Supreme Court decision that states briefly that anytime an inmate is being held in the SHU over 30 days has to be justified and if malicious reasons can be proven then monetary damages can be rewarded by the Court's. Peake requested the Court's to reward him $2000.00 dollars a day in monetary damages and $2000.00 dollars a day in Punitive Damages for every unjustified day Peake does until he was released from the SHU. Peake also requested the defendants to have to pay the filing fees or any court cost. On 11-02-2023 Peake mailed out a letter to the Clerk of Court's with an Amended Complaint enclosed, where he ask the Clerk to be kind enough to add his Civil Action No. because his personal property is currently missing again. Peake also informs the Court of his July 6, 2023 Release from the SHU and how Brown and Colbert would continue acts of retaliation up until October 2023, and Requested for an Attorney in sum.

Where on October 24, 2023 at approximately 9:15 a.m. while Peake was being held in a cage in the Lieu-tenants office for allegedly being high where no test were conducted, Brown stated Peake was going to the SHU and that this time his transfer of Peake will be success-ful. Brown and Peake began exchanging words and Brown punched the side of the cage with a hammer fist Peake was in while moving to the front of the cage where

3

Peake face was pressed up against it. Brown then hit the cage again with another hammer fist where Peake mouth was making the cage smash into Peake lips busting the bottom inside. Peake medical assessment supports this. Brown suddenly makes a claim that Peake spit on him but Peake contends if spittal got on Brown it was from the blow and unintentional or that Brown is simply attempting to cover up the fact that he lossed his cool and assaulted a Peake he been having personal ill feelings toward. Brown who is rumored to have killed an inmate in restraints and has a history of assaulting inmates in restraints then told Peake he was a dead man while ordering C.O. Rash, C.O. McDowell, C.O. Evans, or any of the other officer's present who will move fast enough to get rid of the other two inmate witnesses in the cages next to Peake so he can kill Peake when their escorted to the SHU but S.I.A. or Internal Affairs Geraldo seen what unfolded and heard Brown threats and criminal intent to do bodily harm to Peake stopped an out of control Brown by having to literally grab him and push Brown to his office, then upfront. Minutes later C.O. Moore came to put transfer restraints on Peake where Peake was then took upfront where C.O. Williams was waiting to transport Peake as well. Upon Peake exiting the building Brown who standing up there about 15 feet with Internal Affairs Geraldo and other staff members kept telling Peake that

4

He already KNOW WHAT IT IS. WHEN PEAKE got out to the Van HE was being TRANSPORTED IN AND ATTEMPTED TO GET IN TURNING C.O. MOORE pushed PEAKE AND SAID GET IN HEAD FIRST BUT PEAKE was still able TO TURN ON HIS BACK SIDE. ONCE THEY ARRIVED AT THE LOW-1 SHU C.O. Williams TOLD ALL THE C.O.s THERE THAT HIM AND BROWN HAD ISSUES AND THREATENED TO TAKE PEAKE RESTRAINTS OFF AND SEE WHAT PEAKE was ABOUT. PEAKE ask C.O. Williams AND C.O. MOORE WHAT THEY BEEF WITH HIM was AND THEY SAID FRIENDS OF BROWN AND ORDERED PEAKE TO STRIP WHERE HE ISSUED PEAKE A PAPERSUIT TO PUT ON AND LEFT NOT EVEN TAKING THE USP ISSUED CLOTHES PEAKE TOOK OFF. SHU LIEUTENANT HUBBARD AT THE LOW-1 TOLD HIS SHU C.O. TO GIVE ▬ PEAKE A REGULAR ISSUE BECAUSE PEAKE DID NOT DO NOTHING TO BE PUT IN PAPER.

WHEREFORE THIS FURTHER SUPPORTS PEAKE Civil COMPLAINT OF BROWN personal ill FEELINGS AND MOTIVES TOWARD violating PEAKE INMATE AND Civil RIGHT's AND THE OUTCOME OF WARDEN D. COLBERT FAILING TO HOLD BROWN ACCOUNTABLE BUT INSTEAD ENCOURAGING BROWN AND COMPROMISING PEAKE's Well Being. WHICH KEPT PEAKE IN IMMINENT DANGER AND LED TO INTERNAL AFFAIRS GERALDO HAVING TO INTERVENE luckily IN THE RIGHT place AT THE RIGHT TIME FOR PEAKE WHO BEEN SEEKING HELP AND NOW REQUEST FOR THE Court's. WITNESSES LIEUTENANT NEWTON, LIEUTENANT HAWKINS, LIEUTENANT THOMAS, LIEUTENANT KEARSE, C.O. RASH, C.O. EVANS, C.O. McDOWELL, 3 UNKNOWN INMATES THEY HAVE ON FILE, AND INTERNAL AFFAIRS GERALDO. Respectfully,

DATE: NOVEMBER 16, 2023    Stepha Peake