United States District Court
Southern District of Mississippi
Northern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT - 6 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Stephon Peake                                   Plaintiff

V.                          Civil Action No. 3:23-cv-240-DPJ-ASH

Warden D. Colbert
And Captain Brown                    Defendants

Motion Requesting
For A Default Judgment

Comes now the Plaintiff Stephon Peake proceeding pro'se before this Honorable Court in this Motion Requesting For A Default Judgment.

On April 4, 2025 the Court ordered a direct summons to issue on the defendants on or before May 5, 2025 on number 4. of the Court Order the defendants were ordered to file an Answer or Response to the Plaintiff Complaint in Accordance with the Federal Rules of Civil Procedures.

On June 13, 2025 the defendants filed a motion for an extension of time

1.

to answer or respond. The Court granted the Defendants a 45 day extension until August 7, 2025 to answer or respond. After that time expired the Defendants filed another extension of time to file an answer or respond August 5, 2025, which the Court granted until September 22, 2025.

Unfortunately the Defendants has failed to answer or respond to the Plaintiff Complaint in spite of the opportunities this Honorable Court granted them to do so.

Peake filed this action pro'se while being false imprisoned by the Defendants. Peake served numerous months in the hole for some words him and Brown exchanged and attempted to respectfully address Brown and Colbert several times regarding this situation only to be cursed out and laughed at. Peake then filed this suit requesting to be compensated for every unjustified day he spent in there and requested that

2.

3.

The Defendants pay All Court Cost as well.

Peake failure to comply with any order of the Court will be deemed as a purposeful delay and contumacious act that may result in the dismissal of this case. Peake has been held to the standards or Rules of the Court.

Then the Defendants should not be an Exception.

Wherefore Plaintiff is Requesting for a Default Judgment and for whatever else the Court deem just.

Thank you for your time and concern.

Date: September 30, 2025

Respectfully,
Stephon Peake

3.