UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHON PEAKE                                                          PLAINTIFF

V.                                          CIVIL ACTION NO. 3:23-CV-240-DPJ-ASH

WARDEN D. COLBERT & CAPTIAN BROWN                          DEFENDANTS

ORDER

This matter is before the Court on Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment [53]. Pro se Plaintiff Stephon Peake filed a response in opposition [60], and Defendants filed a reply [65]. On May 20, 2026, United States Magistrate Judge Andrew S. Harris filed a Report and Recommendation recommending that the Court grant Defendants' motion to dismiss without prejudice because Peake failed to exhaust his administrative remedies. R&R [68] at 14. In the alternative, Judge Harris recommended that the Court grant Defendants' motion and dismiss with prejudice because Peake "fails to state a viable *Bivens* claim or a viable constitutional claim for denial of his transfer request." *Id.* Peake did not file an objection, and the time to do so has passed. *See id.* at 14–15 (advising Peake he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

2

IT IS ORDER that the Report and Recommendation [68] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court.  Consentient with the Report and Recommendation, this matter is dismissed without prejudice for failure to exhaust.  A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 10th day of June, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE